UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS GUTIERREZ,<br><br>Plaintiff,<br><br>v.<br><br>BEACON SALES ACQUISITION, INC. dba ROOFING SUPPLY GROUP SAN DIEGO, LLC AND DOES 1-20<br><br>Defendants. | Case No.: 20-cv-00320-AJB-BLM<br><br>**ORDER FOLLOWING TELEPHONIC EARLY NEUTRAL EVALUATION CONFERENCE SETTING FOLLOW-UP TELEPHONIC CASE MANAGEMENT CONFERENCE** |

On March 23, 2020, the Court held a telephonic Early Neutral Evaluation Conference ("ENE"). ECF No. 10. Mr. Samuel Dagan appeared on behalf of Plaintiff and Ms. Carolina Bravo-Karimi and Mr. Douglas R. Clifford appeared on behalf of Defendant. Id. The matter did not settle during the ENE, however, the parties made good progress and the Court finds it appropriate to set an attorneys-only, telephonic Case Management Conference ("CMC") for **April 21, 2020** at **9:30 a.m.** to discuss the status of settlement negotiations. The Court will begin the CMC on its teleconference line. Counsel shall use the dial-in information that will be filed by the Court as a separate notice on the docket. **The notice will be restricted to case participants only**.

**IT IS SO ORDERED**.

Dated: 3/24/2020

Hon. Barbara L. Major
United States Magistrate Judge

1

20-cv-00320-AJB-BLM